UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. 12-CV-12096

CARLOS MORALES,
    Plaintiff

VS.

DETECTIVE DANIEL DESMARAIS,
LIEUTENANT JAMES HODGDON,
OFFICER BELAND, and
DEPUTY CAPTAIN RYAN, police officers in
    The City of Lowell, and
THE CITY OF LOWELL,
    Defendants

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

Please enter the withdrawal of my appearance herein as attorney for Plaintiff, Carlos Morales, in the above entitled action.

Bernadette Kenny, who has filed a NOTICE OF APPEARANCE today, will continue as lead counsel for Plaintiff; no motions are pending before the court; no trial date has been set; and I certify that I have served notice of said withdrawal on my client.

/s/ Steven Sroczynski
Steven Sroczynski, BBO# 680387
21 McGrath Highway #501
Quincy, MA 02169
Tel:  617-847-4200
Fax: 617-328-8504
lane@goldberglawma.com

Dated: August 23, 2013

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on August 23, 2013.

      /s/ Steven Sroczynski
      Steven Sroczynski