**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CARLOS MORALES
        Plaintiff(s)

      V.                              CIVIL ACTION NOS. 12-CV-12096-LTS

DANIEL DESMARAIS et al
        Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

To Judge Sorokin

[ ]    The parties reported this case as settled prior to the mediation

**[X]**    **On  4/7/15   I held the following ADR proceeding:**

        _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
        ___X___ MEDIATION                         _____ SUMMARY BENCH / JURY TRIAL
        _____ MINI-TRIAL                          _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]
    The parties were / were not present in person or by authorized corporate officer [except _____].
    The case was:

**[X]**    **Settled. A 60 day settlement order may issue**.

[ ]    There was progress. Parties contemplate returning to the court for ADR but this case may be returned to your trial list.

[ ]    Parties do not wish to mediate. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

4/8/15                                                Marianne B. Bowler, USMJ
DATE                                             ADR Provider